FILED
VANESSA L ARMSTRONG, CLERK

NOV 06 2013

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**EDDIE PRICE III**

INDICTMENT

NO. 3:13CR-152-M

21 U.S.C. § 841(a)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1

On or about June 17, 2009, in the Western District of Kentucky, Jefferson County, Kentucky, **EDDIE PRICE III**, defendant herein, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a), the defendant, **EDDIE PRICE III**, shall forfeit to the United States any property obtained directly or indirectly

from the proceeds of such violation and any property used in any way to commit or to facilitate the commission of the violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.


FOREPERSON

*/s/ Laura Hobell*
DAVID J. HALE
United States Attorney

DJH:LF:10/28/13

UNITED STATES OF AMERICA v.  EDDIE PRICE III

## PENALTIES

Count 1:  NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY   40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY   42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY   42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY   42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
EDDIE PRICE III

## INDICTMENT

**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C): Distribution of Oxycodone.**

*A true bill.*

_____  Foreman

*Filed in open court this 6th day, of November, A.D. 2013.*

_____  Clerk

*Bail, $*